# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| LEAGUE OF MINNESOTA CITIES INSURANCE TRUST AND MINNESOTA COUNTIES INSURANCE TRUST, | Civil No. 08-5147 (JRT/AJB) |
| Plaintiffs, | **ORDER FOR DISMISSAL** |
| v. | |
| WELLS FARGO BANK, N.A., AND JOHN DOES I-V, | |
| Defendants. | |

_____

Clifford Greene and Jeanette Bazis, **GREENE ESPEL, PLLP,** 200 South Sixth Street, Suite 1200, Minneapolis, MN 55402, for plaintiffs.

Jonathan Mack, Lawrence Hofmann, and Rory Zamansky, **ZELLE HOFMANN VOELBEL & MASON, LLP,** 500 Washington Avenue South, Suite 4000, Minneapolis, MN 55415, for defendant Wells Fargo Bank, N.A.

Based upon the parties' stipulation of dismissal [Docket No. 20], filed on August 27, 2009, and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, and each party shall bear its own attorneys' fees, costs and disbursements.

DATED: August 27, 2009
at Minneapolis, Minnesota.

                                                                                         s/John R. Tunheim
                                                                                JOHN R. TUNHEIM
                                                                  United States District Judge